187 So.2d 742

Kenneth C. SCULLIN

v.

EAST BATON ROUGE PARISH DEMO-
CRATIC EXECUTIVE COMMITTEE,
Patsy Jo McDowell Cooper et al.

No. 48300.

July 1, 1966.

In re: Patsy Jo McDowell Cooper apply-
ing for writs of certiorari, mandamus and
prohibition.

The application is denied. Applicant's
remedy is to apply to the Court of Appeal
having appellate jurisdiction of the case;
and until this remedy has been exhausted,
this court will not entertain an application
for the supervisory relief sought.